[No. 36023-0-I.    Division One.    November 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
DEMETRUIS DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04862-3, Patricia H. Aitken, J., entered December 30, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 36286-1-I.    Division One.    November 4, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v.
CHRISTOPHER A. BUCK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01681-9, Larry E. McKeeman, J., entered March 15, 1995. *Reversed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.

[No. 37142-8-1.    Division One.    November 4, 1996.]

*In the Matter of the Estate of* MARY MARGARET
KERR.

SUSAN RUEGG, *Appellant*, v. STACY BENNETT, *as
Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-4-00169-3, Jim Bates, J., entered July 28, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38116-4-I.    Division One.    November 4, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DREW
PICARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05641-7, Michael Spearman, J., entered January 24, 1996. *Affirmed* by unpublished per curiam opinion.